1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Rodgers Ronie F.
(Last) (First) (Initial)

Prisoner Number #ARMY Band 2353889 S.F. County Jail

Institutional Address 850 Bryant St 94107
SF Calif Co. Jail

=====================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronie F. Rodgers
(Enter the full name of plaintiff in this action.)

CV 08 3547 (PR)

vs.

Michael Hennessey
Kamala Harris

(Enter the full name of the defendant(s) in this action))

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  SF. County Jail #1

B.  Is there a grievance procedure in this institution?
    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO (✓)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                  - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ N/A _____

_____ 2. First formal level _____ N/A _____

_____

3. Second formal level _____ N/A _____

_____ 4 Third formal level _____ N/A _____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _This is a Non grievable issue within the institution._

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Ronnie F. Rogers
SF. County Jail #1
850 Bryant St.
SF. CA. 94103

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT — - 2 -

| | |
|---|---|
| 1 | place of employment. |
| 2 | Michael Hennessey SF. County Sherriff |
| 3 | |
| 4 | Kamala Harris SF. County Dist. Attorney |
| 5 | |
| 6 | III. |

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 On Feb 4, 2008. I was arrested for pc. 211.
13 On 4-18-08 it was dismissed. I have HIV
14 And was charged with attempt. Murder But
15 I have no teeth so it was Droped. I was
16 Accused of Bitting. I was recharged on
17 4-18-08 on 211 pc. This is Clearly
18 Double Jepordy. And cruel and unusual
19 Punishment, And violation of Due process

25 IV.    Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 Nominal Damages $100,000.00 for mental Anguish.

COMPLAINT      - 3 -

1  punitive DAMAges in the Amount of
2  $500,000.00 for Defermation of
3  character And Cruel And unusual punishment

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __July__, 20_08_

X _Ronnie Rges_
(Plaintiff's signature)

COMPLAINT                                    - 4 -



# San Francisco Sheriff's Department / Departamento del Alguacil de San Francisco
## PRISONER ACTION REQUEST / PETICION PARA PEDIR AYUDA

**Instructions:** If you have a particular need or request that can be taken care of by the staff of this jail, please fill out this form and give it to your housing deputy. Keep the pink copy.

**Instrucciones:** Si necesita algo que le puedan conceder los empleados de la carcel, por favor llene esta forma y entreguela al carcelero. Quedarse con la copia rosa.

Name / Nombre: Ronie, Rogers
Today's Date / Fecha de hoy: 6-28-08
Date of Arrest / Fecha de arresto: 2-4-08

Location / Localidad: CJ1 - MK1   Jail # / # de carcel   Cell # / # de celda
Wristband # / # de pulcera: 2353889
Sentenced? / ¿Sentenciado?: ☐ Yes/Si  ☒ No/No

**Subject (check one): / Classe de Asunto (Indique uno):**
☐ Legal Assistance / Asistencia legal
☐ Mail Problem / Problema de correo
☐ Medical Problem / Problema de medico
☒ Money Problem / Problema de dinero
☐ Other / Otra clase de problema

**Commissary Problem: / Problema de comisario:**
☐ Balance incorrect
☐ Credit not received / No ha recibido credito
☐ Order Incorrect / La orden esta incorrecta
☐ Other / Otra Cosa

**Describe Request / Escriba su peticion:** Would you please verify this certification of funds for a 28 USC 1915 please attach a 6 month statement. I'm filing a 42 USC 1983 pro-per under a forma pauperis.

**Response by Staff / Respuesta de empleado:** _____

**Staff Signature / Firma de empleado:** _____  **Date/Fecha:** _____

SFSD Form F-06 Revised 04/2005



Return address: 3869 / 850 Bryant St. / SF, CA 94103

To: U.S. Dist. Court
U.S. Court House
c/o Court Clerk
450 Golden Gate Ave
San Fran, CA 94102



Ronnie Rogers
#235...