FILED
08 JUL 24 AM 11:54
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

(PR)

MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   3547

Ronie, Rogers Plaintiff,

vs.

Michael Hennessey
Kamala Harris Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ronie, Rogers, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____ Net: _____

Employer: _____ N/A _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  N/A
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or            Yes ___ No ✓
10              self employment
11       b.    Income from stocks, bonds,         Yes ___ No ✓
12              or royalties?
13       c.    Rent payments?                     Yes ___ No ✓
14       d.    Pensions, annuities, or            Yes ___ No ✓
15              life insurance payments?
16       e.    Federal or State welfare payments, Yes ✓ No ✗
17              Social Security or other govern-
18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.    I Recived SSI
21  _____
22  No Longer receiving.
23  3.      Are you married?                      Yes ~~☒~~ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:                 0
27  Gross $ ~~_____~~ 0           Net $ _____
28  4.      a.    List amount you contribute to your spouse's support:$ ____ 0

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5  _____

6  _____

7  5.  Do you own or are you buying a home?   Yes ____  No __/__

8  Estimated Market Value: $_____  Amount of Mortgage: $_____

9  6.  Do you own an automobile?   Yes ____  No __/__

10  Make _____  Year _____  Model _____

11  Is it financed? Yes ____  No ____  If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.  Do you have a bank account?  Yes ____  No __/__ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ _____

17  Do you own any cash?  Yes ____  No __/__  Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____  No __/__

20  _____

21  8.  What are your monthly expenses?

22  Rent: $ ____0____  Utilities: ____0____

23  Food: $ ____0____  Clothing: ____0____

24  Charge Accounts:

25  | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26  | 0 | $ 0 | $ 0 |
27  | 0 | $ 0 | $ 0 |
28  | 0 | $ 0 | $ 0 |  9. Do


1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  1/16/08                            /s/ Ronnie Rogers
17    DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                  - 4 -

July 16, 08

Dist. Court Clerk;
Would you please file this and send me a filed copy that I've provided for you w/a self addressed stamped envelope.
Thank you.

Rose

Ronnie Rogers
# 2353889
850 Bryant St
SF. CA. 94103

RECEIVED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6-month Statement was never returned to me here is pink request I'm sending to show I filed for it.