1
2
3
4
5
6
7

FILED

.''''   2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8      **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA**
9

10     Ronnie Rodgers

11                        Plaintiff,        CASE NO. CN 08 3547 PR

12        vs.                               **PRISONER'S**
                                            **APPLICATION TO PROCEED**
13     Michael Hennessey                    **IN FORMA PAUPERIS**

14     Kamala Harris          Defendant.

15

16        I, Ronnie Rodgers, declare, under penalty of perjury that I am the

17     plaintiff in the above entitled case and that the information I offer throughout this application

18     is true and correct. I offer this application in support of my request to proceed without being

19     required to prepay the full amount of fees, costs or give security. I state that because of my

20     poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21     entitled to relief.

22        In support of this application, I provide the following information:

23     1.    Are you presently employed? Yes _____ No ✓

24     If your answer is "yes," state both your gross and net salary or wages per month, and give the

25     name and address of your employer:

26     Gross: _____  Net: _____

27     Employer: _____

28     _____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____ *Never* _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or        Yes ____ No ✓

10        self employment

11        b.    Income from stocks, bonds,    Yes ____ No ✓

12        or royalties?

13        c.    Rent payments?        Yes ____ No ✓

14        d.    Pensions, annuities, or        Yes ____ No ✓

15        life insurance payments?

16        e.    Federal or State welfare payments,    Yes ____ No ✓

17        Social Security or other govern-

18        ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23    3.    Are you married?        Yes ____ No ✓

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support.  (NOTE:

3    For minor children, list only their initials and ages.  DO NOT INCLUDE

4    THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?        Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes _____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____ No ✓ Amount:  $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No ✓

20   _____

21   8.    What are your monthly expenses?

22   Rent:  $ _____        Utilities:  _____

23   Food:  $ _____        Clothing:  _____

24   Charge Accounts:

25   Name of Account            Monthly Payment            Total Owed on This Acct.

26   _____    $ _____        $ _____

27   _____    $ _____        $ _____

28   _____    $ _____        $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    _____ Not aware of. _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?    Yes ____    No ✓

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    7/26/08 _____        _____

17    DATE                                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28